*Sidney M. Wittner* for motion.
*Richard H. Tunstead* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

C. CLARENCE KASKEL, Appellant, *v.* VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al., Respondents, and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, Intervener, Respondent.

Submitted November 16, 1953; decided November 17, 1953.